# United States Bankruptcy Court

_____ District Of  Colorado _____

| | |
|---|---|
| In re  Raechel Dakota Wine ,  **Debtor** | Case No. 23-13991-JGR |
| Steven Lawrence Pacheco ,  **Plaintiff** | Chapter 7 |
| Raechel Dakota Wine ,  **Defendant** | Adv. Proc. No. |

**JURISDICTION**

Plaintiff, by and through himself, as a pro se, files this complaint pursuant to §523(a)(6), willful and malicious injury seeks relief by discharge of the debt owed by Debtor to Creditor Steven Lawrence Pacheco.

**JURISDICTION**

1. This is an adversary proceeding in which the Plaintiff is seeking the discharge from relief of the debt incurred by Defendant Raechel Dakota Wine.
2. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 157 and 1334.
3. Plaintiff has standing to bring this action pursuant to §523(a)(6).

**Background Facts**

4. The underlying case, 2022CV163 is currently in the Colorado Court of Appeals under case 2023CA1127 and is stayed by automatic injunction from the activity in this court. In the act of refusing to relinquish tenancy at the Creditor's property, Defendant acted maliciously and refused multiple requests to remove her belongings from the home. In her initial move out, the Defendant caused significant damage to the property in a malicious manner. Damage in excess of $100,000 was caused to the home by Defendant and her sister. Due to misapplication of law by the lower court, this matter is pending appeal where the appellate is anticipated to align to precedent and statute where a magistrate erred in over application of discretion. The amount currently owed is currently not calculated, and will be established pending appellate guidance.

5. Defendant ripped screws and nails out of bedroom walls which were less than 90 days old. Additional walls, banisters and railing were rammed with such violence as to dislodge them structurally from the adjoining portion(s) of the basement. Human urine was left under the spot where the Defendants bed previously occupied and was still wet following the completion of the initial move out. Defendant refused then and in following conversation to repair the damage and/or to remove the remaining personal property which was not abandoned and requested to remain as was. Defendant's sister threatened destruction of personal property charges should any of the possessions be altered in any way or removed from the property.

**Count 1**

6. Plaintiff re-alleges and incorporates all arguments in paragraphs 1 through 5.
7. Defendant acted maliciously and willfully in refusing to vacate tenancy in the property belonging to Plaintiff. Defendant caused significant damage to the home intentionally, none of the damage appears to be accidental in nature based on the depth and degree to which the damage occurred.

WHEREFORE, the Plaintiff, Steven Lawrence Pacheco respectfully requests that the Court excludes the debt owed by Defendant to Plaintiff from relief under §523(a)(6), and for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

*/s/ SIGNATURE*

| | |
|---|---|
| Plaintiff Name | Steven Lawrence Pacheco |
| Attorney Email Address | SLPacheco82@gmail.com |
| Plaintiff Address | 71 Jordan Ln, Erie CO 80516 |
| Firm Telephone Number | 720-435-1051 |

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 12/12/2023 10:53:00 PM

User Information

Steve Pacheco
71 Jordan Ln
Town of Erie
CO
80516

slpacheco82@gmail.com
720-435-1051